

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,751-02

### EX PARTE CHRYSTOPHER DON PRECIADO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W-60196-02-A IN THE 47TH DISTRICT COURT FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to forty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Preciado v. State*, 346 S.W.3d 123 (Tex. App.—Amarillo 2011).

We remanded this application to determine whether trial counsel was ineffective. After we received the trial court's supplemental findings of fact and conclusions of law, Applicant filed a motion in this Court, asking for a stay and abeyance. In his motion, he contends that he has not received the "supplemental clerk's record" and says that he wants to file objections to the trial

court's findings and conclusions.

On January 25, 2017, we directed the District Clerk to file a response with this Court and state whether she complied with Article 11.07, § 7 of the Code of Criminal Procedure and Rule of Appellate Procedure 73.4(b)(2). The District Clerk responded that on February 9, 2017, she sent to Applicant by certified mail copies of the trial court's supplemental findings of fact and conclusions of law and the index from the supplemental transcript.

"When any pleadings, objections, motions, affidavits, exhibits, proposed or entered findings of fact and conclusions of law, or other orders are filed or made a part of the record, the district clerk shall immediately send a copy to all parties in the case." TEX. R. APP. P. 73.4(b)(2). According to her response, the District Clerk failed to immediately send the trial court's supplemental findings of fact and conclusions of law to Applicant. Nor is it clear from her response whether the District Clerk sent Applicant copies of the affidavits that were made part of the supplemental record in this case.

Accordingly, the District Clerk shall file a second response with this Court and state whether she has complied with Rule of Appellate Procedure 73.4(b)(2) and sent Applicant copies of the affidavits that were made part of the supplemental record. If she has not done so, she is ordered to do so immediately. Finally, the District Clerk shall include with her response proof by U.S. Mail that she has complied with Rule 73.4(b)(2). Her response shall be forwarded to this Court within 15 days of the date of this order.

If Applicant files objections to the trial court's findings and conclusions, they shall be filed in Potter County within 45 days of the date of this order, and the District Clerk shall immediately forward them to this Court. This application will be held for 60 days from the date of this order.

Filed: March 8, 2017
Do not publish